**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000119
27-FEB-2024
09:26 AM
Dkt. 54 OCOR**

CAAP-18-0000119

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DELBERT P. COSTA, JR., Claimant-Appellee-Appellant,
v.
COUNTY OF HAWAII, DEPARTMENT OF WATER SUPPLY,
Employer-Appellant-Appellee,
and
COUNTY OF HAWAII, HEALTH AND SAFETY DIVISION,
Adjuster-Appellant-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2014-143 (WH); DCD NO. 9-12-00934 (H))

ORDER OF CORRECTION
(By:  Leonard, Acting Chief Judge, for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order of the court filed on February 23, 2024, is corrected by adding the word "AND" between "HEALTH" and "SAFETY", and adding a comma after the word "DIVISION" in the case caption on page 1 at line 9 from the top so that as corrected, the text reads: "COUNTY OF HAWAII, HEALTH AND SAFETY DIVISION,".

The Clerk of the Court is directed to incorporate the foregoing change in the original summary disposition order.

DATED:  Honolulu, Hawaiʻi, February 27, 2024.

FOR THE COURT:

/s/ Katherine G. Leonard
Acting Chief Judge

---

[1]     Leonard, Acting Chief Judge, Wadsworth and Nakasone, JJ.